UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

REDHAWK MEDICAL PRODUCTS   *   CIVIL ACTION NO. 6:23-CV-01021 DCJ-CBW
SERVICES, LLC

VERSUS                     *   JUDGE: DAVID C. JOSEPH

N95 SHIELD, LLC            *   MAGISTRATE: CAROL B. WHITEHURST

**PETITIONER'S MOTION TO CONTINUE AND RESET
THE HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION
OR FOR PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, comes plaintiff, REDHAWK MEDICAL PRODUCTS & SERVICES, LLC, ("REDHAWK") who respectfully moves this Honorable Court to continue and reset the hearing scheduled on October 17, 2024, at 10:00 a.m. on defendants' Motion for Reconsideration or for Protective Order. Undersigned counsels, Jason M. Welborn and Jacob H. Hargett, are scheduled to be out of the country on October 17, 2024, but will return on October 22, 2024. Therefore, mover is requesting oral argument scheduled on October 17, 2024, be continued and reset to the next available date after counsels' return.

WHEREFORE, mover prays that its Motion for Continue and Reset be GRANTED and that this Honorable Court reset this hearing to the next available hearing date after counsels' return.

This 2nd day of October, 2024.

Respectfully submitted:

BY: */s/ André F. Toce*
    ANDRÉ F. TOCE (#16769)
    The Toce Firm, APLC
    969 Coolidge Boulevard
    Lafayette, LA 70503
    Phone: (337) 233-6818
    Fax: (866) 306-9336
    andre@toce.com

BY: */s/ Jason M. Welborn*
    JASON M. WELBORN (#26548)
    JACOB H. HARGETT (#32490)
    G. SHELLY MATURIN (#26994)
    HOLLY C. BOUSTANY (#37599)
    Welborn & Hargett, LLC
    1031 Camellia Blvd
    Lafayette, LA 70508
    Phone: (337) 234-5533
    Fax: (337) 769-3173
    jason@wandhlawfirm.com
    jacob@wandhlawfirm.com
    shelly@wandhlawfirm.com
    holly@wandhlawfirm.com
    ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was sent to all counsel of record via electronic filing through the CM/ECF system on the 2nd day of October, 2024. Copies to any counsel not listed on the Court's CM/ECF system have been sent via U.S. first class mail, postage pre-paid and properly addressed.

    */s/ Jacob H. Hargett*
    JACOB H. HARGETT